# United States Bankruptcy Court
## District of Arizona

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gilbert Hospital, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-0382265** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5656 South Power Road**<br>**Gilbert, AZ**<br><br>ZIP Code **85295** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information    *** Pernell W. McGuire 015909 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

#### Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

#### Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Gilbert Hospital, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Gilbert Hospital, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Pernell W. McGuire**
_____
Signature of Attorney for Debtor(s)

**Pernell W. McGuire 015909**
_____
Printed Name of Attorney for Debtor(s)

**Davis Miles McGuire Gardner, PLLC**
_____
Firm Name

**80 E. Rio Salado Parkway
Suite 401
Tempe, AZ 85281**

_____
Address

            **Email: azbankruptcy@davismiles.com**
**(480) 733-6800  Fax: 480-733-3748**
_____
Telephone Number

**February 5, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bradley Newswander**
_____
Signature of Authorized Individual

**Bradley Newswander**
_____
Printed Name of Authorized Individual

**Board Chair**
_____
Title of Authorized Individual

**February 5, 2014**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re    **Gilbert Hospital, LLC**                            Case No. _____
                                       Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Accredo Health Group Wholesale Department 13408 Collections Center Drive Chicago, IL 60693 | Accredo Health Group Wholesale Department 13408 Collections Center Drive Chicago, IL 60693 | | | 75,600.00 |
| AlphaHealth, LLC 343 Ridgewood Ave. Charlotte, NC 28209 | AlphaHealth, LLC 343 Ridgewood Ave. Charlotte, NC 28209 | | | 102,897.95 |
| Bayard Advertising Agency, Inc. 902 Broadway 10th Floor New york, NY 10010 | Bayard Advertising Agency, Inc. 902 Broadway 10th Floor New york, NY 10010 | | | 56,729.76 |
| Executive Health Resources, Inc. P.O. Box 822688 Philadelphia, PA 19182-2688 | Executive Health Resources, Inc. P.O. Box 822688 Philadelphia, PA 19182-2688 | | | 59,129.00 |
| G E Healthcare P.O. Box 640200 Pittsburgh, PA 15264-0200 | G E Healthcare P.O. Box 640200 Pittsburgh, PA 15264-0200 | | | 54,494.48 |
| GE Healthcare P.O. Box 843553 Dallas, TX 75284-3553 | GE Healthcare P.O. Box 843553 Dallas, TX 75284-3553 | | | 91,876.38 |
| GE Healthcare Financial Services P.O. Box 641419 Pittsburgh, PA 15264-1419 | GE Healthcare Financial Services P.O. Box 641419 Pittsburgh, PA 15264-1419 | | | 287,614.13 |
| Healthcare Management Systems, Inc. 2739 Momentum Place Chicago, IL 60689-5327 | Healthcare Management Systems, Inc. 2739 Momentum Place Chicago, IL 60689-5327 | | | 237,500.62 |
| Jackson White P.C. 40 N. Center St. Suite 200 Mesa, Az 85201 | Jackson White P.C. 40 N. Center St. Suite 200 Mesa, Az 85201 | | | 60,516.90 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

In re   **Gilbert Hospital, LLC**                                    Case No. _____

_____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Johnson & Johnson Health Care Systems<br>5972 Collections Center Drive<br>Chicago, IL 60693 | Johnson & Johnson Health Care Systems<br>5972 Collections Center Drive<br>Chicago, IL 60693 | | | 79,416.98 |
| Maricopa County Treasurer<br>P.O. Box 52133<br>Phoenix, AZ 85072 | Maricopa County Treasurer<br>P.O. Box 52133<br>Phoenix, AZ 85072 | | | 134,059.36 |
| Microsoft Licensing, GP<br>C/O Bank of America # 842467<br>1950 N. Stemmons Fwy 5010<br>Dallas, TX 75207 | Microsoft Licensing, GP<br>C/O Bank of America # 842467<br>1950 N. Stemmons Fwy 5010<br>Dallas, TX 75207 | | | 59,501.16 |
| Morrison Management Specialists<br>P.O. Box 102289<br>Atlanta, GA 30368-2289 | Morrison Management Specialists<br>P.O. Box 102289<br>Atlanta, GA 30368-2289 | | | 135,052.49 |
| MPT Operating Partnership, L.P.<br>1000 Urban Center Drive<br>Suite 501<br>Birmingham, AL 35242 | MPT Operating Partnership, L.P.<br>1000 Urban Center Drive<br>Suite 501<br>Birmingham, AL 35242 | | | 219,147.39 |
| San Tan Village Regional Mall<br>P.O. Box 52634<br>Phoenix, AZ 85072-2634 | San Tan Village Regional Mall<br>P.O. Box 52634<br>Phoenix, AZ 85072-2634 | | | 67,666.66 |
| Schmidt Westergard & Company<br>77 W. University Drive<br>Mesa, AZ 85201 | Schmidt Westergard & Company<br>77 W. University Drive<br>Mesa, AZ 85201 | | | 61,500.00 |
| Siemens Healthcare Diagnostics<br>P.O. Box 121102<br>Dallas, TX 75312-1102 | Siemens Healthcare Diagnostics<br>P.O. Box 121102<br>Dallas, TX 75312-1102 | | | 70,553.70 |
| Somerset Capital Group, Ltd.<br>P.O. Box 5045<br>New Britain, CT 06051 | Somerset Capital Group, Ltd.<br>P.O. Box 5045<br>New Britain, CT 06051 | | | 256,120.62 |
| Stillwater National Bank<br>c/o Bryce Suzuki<br>Two North Central Ave, Suite 2200<br>Phoenix, AZ 85004-4406 | Stillwater National Bank<br>c/o Bryce Suzuki<br>Two North Central Ave, Suite 2200<br>Phoenix, AZ 85004-4406 | | Contingent<br>Disputed | 5,500,000.00 |
| Sun Life Financial<br>Policy #94276<br>P.O. Box 2274<br>Carol Stream, IL 60132-2774 | Sun Life Financial<br>Policy #94276<br>P.O. Box 2274<br>Carol Stream, IL 60132-2774 | | | 45,587.46 |

In re   **Gilbert Hospital, LLC**                       Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Board Chair of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 5, 2014**               Signature   **/s/ Bradley Newswander**
                                                          **Bradley Newswander**
                                                          **Board Chair**

     *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Gilbert Hospital, LLC -


ABBOTT LABORATORIES INC.
P O BOX 92679
CHICAGO IL 60675-2679


ACCOUNTING PRINCIPALS, INC.
DEPARTMENT CH 14031
PALATINE IL 60055


ACCREDO HEALTH GROUP
WHOLESALE DEPARTMENT
13408 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


ACCUCONFERENCE BY TALKPATH, LLC
2360 CORPORATE CIRCLE, SUITE 400
HENDERSON NV 89074


ADOPT A HIGHWAY MAINTENANCE CORP.
1211 EAST DYER ROAD, SUITE 110
SANTA ANA CA 92705


ADVANCED BENEFITS SOLUTIONS
P.O. BOX 71490
PHOENIX AZ 85050


AEMS
P.O. BOX 28442
SCOTTSDALE AZ 85255


AFLAC
REMITTANCE PROCESSING SERVICES
1932 WYNNTON ROAD
COLUMBUS GA 31993-8601


AKORN, INC.
3950 PAYSPHERE CIRCLE
CHICAGO IL 60674


ALAMEDA AIR, LLC
3251 E. FRANKLIN AVENUE
GILBERT AZ 85295


ALLIED WASTE TRANSPORTATION, INC.
P.O. BOX 78829
PHOENIX AZ 85062-8829

Gilbert Hospital, LLC -


ALPHAGRAPHICS
535 W BASELINE RD.
SUITE 104
MESA AZ 85210


ALPHAHEALTH, LLC
343 RIDGEWOOD AVE.
CHARLOTTE NC 28209


AMERICAN ANESTHESIA ASSOCIATES, LLC
P.O. BOX 39179
PHOENIX AZ 85069


AMERICAN EXPRESS
P.O. BOX 0001
LOS ANGELES CA 90096-0001


AMERICAN FIRE EQUIPMENT SALES & SERV. CO
3107 W. VIRGINIA AVE.
PHOENIX AZ 85009


ANDA
POST OFFICE BOX 930219
ATLANTA GA 31193-0219


ANDREW'S REFRIGERATION, INC.
5617 E. HILLERY DRIVE
SCOTTSDALE AZ 85254


ANNE BORIK
1143 W. MAPLEWOOD ST.
CHANDLER AZ 85286


ARIZONA HOSPITAL AND HEALTHCARE ASSN
2800 N. CENTRAL AVE.
FINANCEDEPARTMENT, SUITE 1450
PHOENIX AZ 85004-1450


ARROW INTERNATIONAL, INC.
P.O. BOX 60519
CHARLOTTE NC 28260


ARTHREX
P.O. BOX 403511
ATLANTA GA 30384-3511

Gilbert Hospital, LLC -


ARTHROCARE CORPORATION
P.O. BOX 844161
DALLAS TX 75284-4161


ASD HEALTHCARE
POST OFFICE BOX 848104
DALLAS TX 75284-8104


ASEPTIC ENCLOSURES
3720 HAMPTON AVENUE
SUITE 204
ST. LOUIS MO 63109


ATLANTIC BIOLOGICALS CORP.
P.O. BOX 533014
ATLANTA GA 30353-3014


ATRIUM MEDICAL CORPORATION
P.O. BOX 842888
BOSTON MA 02284-2888


B BRAUN MEDICAL, INC.
POST OFFICE BOX 512382
PHILADELPHIA PA 19175-2382


BAXTER HEALTHCARE CORPORATION
P.O. BOX 100714
PASADENA CA 91189


BAYARD ADVERTISING AGENCY, INC.
902 BROADWAY
10TH FLOOR
NEW YORK NY 10010


BEDWORX, LLC
41331 N. PALM SPRINGS TRAIL
SAN TAN VALLEY AZ 85140


BIO-RAD LABORATORIES
CLINICAL DIAGNOSTICS GROUP
P.O. BOX 849740
LOS ANGELES CA 90084-9740

Gilbert Hospital, LLC -

BIOMEDICAL ENTERPRISES, INC.
DEPT. 2297
P.O. BOX 122297
DALLAS TX 75312-2297

BLOOD SYSTEMS, INC.
P.O. BOX 53022
PHOENIX AZ 85072

BOSTON SCIENTIFIC
P.O. BOX 951653
DALLAS TX 75395-1653

BRYAN CORPORATION
4 PLYMPTON STREET
WOBURN MA 01801-2996

C-SCAN TECHNOLOGIES
P.O. BOX 87239
PHOENIX AZ 85080-7239

C.A.S.M., INC.
219 S. WILLIAM DILLARD DR.
BLDG. #1 SUITE 101
GILBERT AZ 85233

C.R. BARD, INC.
P.O. BOX 75767
CHARLOTTE NC 28275

CAPITOL SERVICES, INC.
POST OFFICE BOX 1831
AUSTIN TX 78767

CARDINAL HEALTH, INC.
C/O BANK OF AMERICA
P.O. BOX 57130
LOS ANGELES CA 90074-7130

CAREERBUILDER, LLC.
13047 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0130

Gilbert Hospital, LLC -


CAREFUSION SOLUTIONS, LLC
PYXIS PRODUCTS
25082 NETWORK PLACE
CHICAGO IL 60673-1250


CBS TECHNOLOGIES, INC.
205 N. PASADENA ST.
SUITE 1
GILBERT AZ 85233


CENTURY LINK
BUSINESS SERVICES
P.O. BOX 52187
PHOENIX AZ 85072-2187


CENTURY LINK COMMUNICATIONS
P. O. BOX 29040
PHOENIX AZ 85038-9040


CENTURY LINK COMMUNICATIONS
P. O. BOX 29080
PHOENIX AZ 85038-9080


CITRIX ONLINE
FILE 50264
LOS ANGELES CA 90074-0264


COLLEGE OF AMERICAN PATHOLOGISTS
P.O. BOX 71698
CHICAGO IL 60694-1698


COMP-RAY, INC
205 W. DEER VALLEY RD.
PHOENIX AZ 85027


COMPANION LIFE @ TOTAL DENTAL ADMINISTRA
C/O TOTAL DENTAL ADMIN.
P.O. BOX 749630
LOS ANGELES CA 90074-9630


CONMED CORPORATION
CHURCH STREET STATION
P.O. BOX 6814
NEW YORK NY 10249-6814

Gilbert Hospital, LLC -


COOK MEDICAL INCORPORATED
22988 NETWORK PLACE
CHICAGO IL 60673-1229


COOPER SURGICAL
P.O. BOX 712280
CINCINNATI OH 45271-2280


COPPERSMITH SCHERMER & BROCKELMAN PLC
2800 NORTH CENTRAL AVENUE
SUITE 1200
PHOENIX AZ 85004


COX COMMUNICATIONS
P.O. BOX 53249
PHOENIX AZ 85072-3249


CUSTOM MEDICAL SPECIALISTS, INC.
330 EAST MAIN STREET
PINE LEVEL NC 27568


DAVE PRATT
6900 E. CAMELBACK RD.
SUITE 600
SCOTTSDALE AZ 85251


DECA SOUTHWEST
1404 W. SAN PEDRO
GILBERT AZ 85233


DH PACE SYSTEMS INTEGRATION
616 WEST 24TH STREET
TEMPE AZ 85282


DISKRITER, INC.
3257 W. LIBERTY AVE.
PITTSBURGH PA 15216


EIDE BAILLY
P.O. BOX 5125
SIOUX FALLS SD 57117-5125

Gilbert Hospital, LLC -

EMERSON NETWORK POWER
LIEBERT SERVICES
P.O. BOX 70474
CHICAGO IL 60673-0001

EXECUTIVE HEALTH RESOURCES, INC.
P.O. BOX 822688
PHILADELPHIA PA 19182-2688

FASTEST LAP, LLC
3430 N. MOUNTAIN RIDGE
SUITE 25
MESA AZ 85207

FISHER HEALTHCARE
13551 COLLECTIONS CTR DR.
CHICAGO IL 60693

FLOORCO
POST OFFICE BOX 2929
GILBERT AZ 85299-2929

FLOW PRODUCTS
3022 S. 52ND ST.
TEMPE AZ 85282

G E HEALTHCARE
P.O. BOX 640200
PITTSBURGH PA 15264-0200

GATEWAY ANESTHESIA ASSOC. PLLC
4838 E. BASELINE RD.
SUITE 108
MESA AZ 85206

GATEWAY MEDICAL BLDG. C OWNER'S ASSOC.
GPE MNGMNT. SERVICES
2777 E. CAMELBACK RD., STE 230
PHOENIX AZ 85016

GATEWAY MEDICAL INVESTORS, LLC
C/O GPE MANAGEMENT SERVICES
2777 E. CAMELBACK RD., STE 230
PHOENIX AZ 85016

Gilbert Hospital, LLC -

GE HEALTHCARE
P.O. BOX 843553
DALLAS TX 75284-3553

GE HEALTHCARE FINANCIAL SERVICES
P.O. BOX 641419
PITTSBURGH PA 15264-1419

GENZYME CORPORATION
62665 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0626

GILA RIVER BUSINESS ENTERPRISES
C/O WILD HORSE PASS DEVEL. AUTH.
5350 N. 48TH ST. ST. STE #210
CHANDLER AZ 85226

GLAXOSMITHKLINE
POST OFFICE BOX 740415
ATLANTA GA 30374-0415

GO GILBERT MAGAZINE LLC
10632 N. SCOTTSDALE RD.
SUITE B-215
SCOTTSDALE AZ 85254

GRAPHS MEDICAL PHYSICS, INC.
12358 N. 88TH PLACE
SCOTTSDALE AZ 85260-5062

HARLON SCOTT ROMAN
30 CAMPANILLA
SAN CLEMENTE CA 92673

HEALTH CARE LOGISTICS, INC.
P.O. BOX 400
CIRCLEVILLE OH 43113-0400

HEALTH TEMP
6402 E. SUPERSTITION SPRINGS
SUITE 203
MESA AZ 85206-4393

Gilbert Hospital, LLC -


HEALTHCARE MANAGEMENT SYSTEMS, INC.
2739 MOMENTUM PLACE
CHICAGO IL 60689-5327


HIGLEY UNIFIED SCHOOL DISTRICT
ATTN: RACHELLE BOYCE
2935 S. RECKER RD.
GILBERT AZ 85297


HOSPIRA WORLDWIDE, INC.
75 REMITTANCE DRIVE
SUITE 6136
CHICAGO IL 60675-6136


HOSPITAL PATIENT SERVICES
2400 WEST DUNLAP AVE
SUITE 220
PHOENIX AZ 85021


HOWMEDICA OSTEONICS CORP.
21343 NETWORK PLACE
CHICAGO IL 60673-1213


HOWMEDICA OSTEONICS CORPORATION
P.O. BOX 93213
CHICAGO IL 60673


HSYSTEMS TOP HOLDINGS, INC.
NW 5955
P.O. BOX 1450
MINNEAPOLIS MN 55485-5955


I. V. TECHNOLOGIES, INC.
21088 TRAPPE RD.
UPPERVILLE VA 20184


ICONICOMM, INC.
P.O. BOX 26470
SAN FRANCISCO CA 94126


INHEALTH TECHNOLOGIES
1110 MARK AVENUE
CARPINTERIA CA 93013-2918

Gilbert Hospital, LLC -


INSIGHT
P.O. BOX 731069
DALLAS TX 75373-1069


INTEGRA LIFESCIENCES CORP.
P.O. BOX 404129
ATLANTA GA 30384-4129


INTEGRATED MARKETING LLC
719 A. MAIN ST.
PEORIA IL 61602


INTELLIQUICK DELIVERY
P.O. BOX 34964
PHOENIX AZ 85067-4964


IRON MOUNTAIN
P.O. BOX 601002
PASADENA CA 91189-1002


JACKSON WHITE P.C.
40 N. CENTER ST.
SUITE 200
MESA AZ 85201


JOHNSON & JOHNSON HEALTH CARE SYSTEMS
5972 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


KANAITEK
7414 NE HAZEL DELL AVE.
SUITE C
VANCOUVER WA 98665


KARL STORZ ENDOSCOPY-AMERICA, INC.
FILE # 53514
LOS ANGELES CA 90074-3514


KCI USA INC.
POST OFFICE BOX 203086
HOUSTON TX 77216-3086


KEDRION BIOPHARMA, INC.
P.O. BOX 759304
BALTIMORE MD 21275-9304

Gilbert Hospital, LLC -


LAMAR COMPANIES
P.O. BOX 96030
BATON ROUGE LA 70896


LASERENT
P.O. BOX 50695
PHOENIX AZ 85076-0695


LEASEMASTERS OF ARIZONA, INC.
6965 S. PRIEST DR.
SUITE 1
TEMPE AZ 85283


LEWIS & ROCA, LLP
40 N. CENTRAL AVE.
SUITE 1900
PHOENIX AZ 85004


LIBMAN EDUCATION, INC.
P.O. BOX 341
BEDFORD MA 01730-0341


LUPE DESIGN
337 W. ROMA AVENUE
PHOENIX AZ 85013


MAG MUTUAL INSURANCE COMPANY
3525 PIEDMONT RD. NE
BLDG 8-600
ATLANTA GA 30305-1556


MAINE STANDARDS
221 US ROUTE 1
CUMBERLAND FORESIDE ME 04110


MAINLINE INFORMATION SYSTEMS
POST OFFICE BOX 11407
DEPT 1659
BIRMINGHAM AL 35246-1659


MALLINCKRODT INC.
P.O. BOX 730356
DALLAS TX 75373-0356

Gilbert Hospital, LLC -

MARC PAQUETTE
1806 W. DUSTY WREN DR.
PHOENIX AZ 85085

MARICOPA COUNTY TREASURER
P.O. BOX 52133
PHOENIX AZ 85072

MATSUI FAMILY TRUST DTD 11/14/68
C/O GPE MANAGEMENT SERVICES
2777 E. CAMELBACK RD. STE 230
PHOENIX AZ 85016

MCKESSON HEALTH SOLUTIONS
22423 NETWORK PLACE
CHICAGO IL 60673-0001

MEDASSETS
P.O. BOX 405652
ATLANTA GA 30384-5652

MEDHOST OF TENNESSEE, INC.
2739 MOMENTUM PLACE
CHICAGO IL 60689-5327

MEDICAL DIAGNOSTIC IMAGING GROUP
P.O. BOX 17049
PHOENIX AZ 85011

MEDICAL TECHNOLOGY ASSOCIATES, INC.
6840 CROSS BAYOU DRIVE
LARGO FL 33777

MEDIFAX-EDI
P.O. BOX 572490
MURRAY UT 84157-2490

MEDIVATORS
N. W. 9841
P.O. BOX 1450
MINNEAPOLIS MN 55485

MESA ENERGY SYSTEMS, INC.
4125 E. MADISON ST.
PHOENIX AZ 85034

Gilbert Hospital, LLC -


MICROSOFT LICENSING, GP
C/O BANK OF AMERICA # 842467
1950 N. STEMMONS FWY 5010
DALLAS TX 75207


MIKE SCHERM
39506 N. KENNEDY DR.
QUEEN CREEK AZ 85140


MILLIMAN CARE GUIDELINES LLC
901 FIFTH AVENUE - SUITE 2000
SEATTLE WA 98164


MINDRAY DS USA, INC.
24312 NETWORK PLACE
CHICAGO IL 60673-1243


MISSION LINEN SUPPLY
2652 S. 16TH ST.
PHOENIX AZ 85034-6704


MORRISON MANAGEMENT SPECIALISTS
P.O. BOX 102289
ATLANTA GA 30368-2289


MORTARA INSTRUMENT, INC.
7865 N. 86TH ST.
MILWAUKEE WI 53224


MPT OPERATING PARTNERSHIP, L.P.
1000 URBAN CENTER DRIVE
SUITE 501
BIRMINGHAM AL 35242


NATIONAL RESEARCH CORPORATION
P.O. BOX 809030
CHICAGO IL 60680-9030


OCCUPATIONAL HEALTH CENTERS OF THE SW PA
1818 E SKY HARBOR CIRCLE N.
SUITE 150
PHOENIX AZ 85034-3407

Gilbert Hospital, LLC -

OFFICE DEPOT
P.O. BOX 88040
CHICAGO IL 60680-1040

OLYMPUS
DEPT 0600
P.O. BOX 120600
DALLAS TX 75312-0600

OLYMPUS AMERICA, INC.
P.O. BOX 200183
PITTSBURGH PA 15251-0183

OMNICELL, INC.
P.O. BOX 204650
DALLAS TX 75320-4650

ONESOURCE WATER, LLC
P.O. BOX 123
GREENSBURG IN 47240

ORCHARD SOFTWARE
701 CONGRESSIONAL BLVD.
SUITE 360
CARMEL IN 46032

ORTHOPRO
P.O. BOX 9552
SALT LAKE CITY UT 84109

PACIFIC OFFICE AUTOMATION
P.O. BOX 41602
PHILADELPHIA PA 19101-1602

PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON OR 97006

PARA HEALTHCARE FINANCIAL SERVICES
4801 EAST COPA DE ORO DR,
ANAHEIM CA 92807

Gilbert Hospital, LLC -


PATHOLOGY SPECIALISTS OF AZ
ATTN: SUSAN BLOCK
P.O. BOX 42210
PHOENIX AZ 85080


PATTERSON MEDICAL
P.O. BOX 93040
CHICAGO IL 60673-3040


PAUL D. ELLSWORTH, PLC
4041 EAST GROVE CIRCLE
MESA AZ 85206-3201


PEARSON EDUCATION
P.O. BOX 409479
ATLANTA GA 30384-9479


PEOPLE BOOKS
POST OFFICE BOX 360224
DES MOINES IA 50336-0224


PHILIPS HEALTHCARE
P.O. BOX 100355
ATLANTA GA 30384-0355


PHOENIX METRO ACUTES
P.O. BOX 749959
LOS ANGELES CA 90074-9959


PIPELINE HEALTH HOLDINGS, LLC
75 REMITTANCE DRIVE
BOX 6529
CHICAGO IL 60675-6529


PITNEY BOWES
RESERVE ACCOUNT
P.O. BOX 223648
PITTSBURGH PA 15250-2648


PITNEY BOWES GLOBAL FINANCIAL SERVICES,
P.O. BOX 371887
PITTSBURGH PA 15250-7887

Gilbert Hospital, LLC -

PRAXAIR
P.O. BOX 121183
DALLAS TX 75312-1183

PRECISION DYNAMICS CORPORATION
4193 SOLUTIONS CENTER
LOCKBOX NO. 774193
CHICAGO IL 60677-4001

PRINCIPAL FINANCIAL GROUP
P.O. BOX 30429
RALEIGH NC 27622-0429

PRINCIPAL TRUST COMPANY
P.O. BOX 823215
PHILADELPHIA PA 19182-3215

PROFESSIONAL HOSPITAL SUPPLY, INC.
P.O. BOX 23229
PASADENA CA 91185-3229

PROGRESSIVE MEDICAL, INC.
997 HORAN DR.
FENTON MO 63026-2401

PROSTAR SERVICES ARIZONA, INC.
P.O. BOX 113000
CARROLLTON TX 75011-3000

PURE PLANET WATER AZ, LLC
560 E. GERMANN
SUITE 101
GILBERT AZ 85297

RADIATION DETECTION COMPANY
P.O. BOX 22300
GILROY CA 95021-2230

RCI SYSTEMS
1220 W. GENEVA DRIVE
TEMPE AZ 85282

Gilbert Hospital, LLC -


RED MOUNTAIN PROMOTIONS
2715 S. HARDY
SUITE 103
TEMPE AZ 85282


RETIREMENT SOLUTIONS ADVISORS, LLC
410 W. GRAND AVE.
CHICAGO IL 60654


ROCHE DIAGNOSTICS CORPORATION
MAIL CODE 5508
P.O. BOX 105046
ATLANTA GA 30348-5046


SAN TAN VILLAGE REGIONAL MALL
P.O. BOX 52634
PHOENIX AZ 85072-2634


SANOFI PASTEUR, INC.
12458 COLLECTIONS CENTER DR.
CHICAGO IL 60693


SCF PREMIER INSURANCE CO.
ATTN: ACCOUNTING / P10444
P.O. BOX 36120
PHOENIX AZ 85067-6120


SCF WESTERN
P.O. BOX 33049
PHOENIX AZ 85067-3049


SCHMEISER, OLSEN & WATTS LLP
18 E UNIVERSITY DR.
STE 101
MESA AZ 85201


SCHMIDT WESTERGARD & COMPANY
77 W. UNIVERSITY DRIVE
MESA AZ 85201


SCREENVISION DIRECT
CHURCH STREET STATION
P.O. BOX 3835
NEW YORK NY 10008-3835

Gilbert Hospital, LLC -


SCRUBS AND BEYOND
823 HANLEY INDUSTRIAL COURT
ST. LOUIS MO 63144


SHARN ANESTHESIA INC
3204 MOMENTUM PLACE
CHICAGO IL 60689-5332


SIEMENS HEALTHCARE DIAGNOSTICS
P.O. BOX 121102
DALLAS TX 75312-1102


SIGHTCARE
220 NORTH MCKEMY
CHANDLER AZ 85226


SLEBODA MEDICAL SUPPLIES, INC.
29410 NORTH 49TH WAY
CAVE CREEK AZ 85331


SMITH & NEPHEW, INC.
P.O. BOX 60333
CHARLOTTE NC 28260-0333


SOMERSET CAPITAL GROUP, LTD.
P.O. BOX 5045
NEW BRITAIN CT 06051


SONORA QUEST LABORATORIES
1255 W. WASHINGTON STREET
TEMPE AZ 85281


SOUTHWEST GAS CORPORATION
P.O. BOX 98890
LAS VEGAS NV 89150-0101


SPECIALTY SURGICAL INSTRUMENTATION, INC.
P.O. BOX 759159
BALTIMORE MD 21275-9159


SPENCER FANE BRITT  BROWNE, LLP
1000 WALNUT STREET
SUITE 1400
KANSAS CITY MO 64106-2140

Gilbert Hospital, LLC -

SPICER CONSULTING SERVICES
41 MAR-LYN DRIVE
GADSDEN AL 35901

SRP
P.O. BOX 80062
PRESCOTT AZ 86304-8062

STAT-MED INC.
23606 N. 19TH AVE.
SUITE 2
PHOENIX AZ 85085

STILLWATER NATIONAL BANK
C/O BRYCE SUZUKI
TWO NORTH CENTRAL AVE, SUITE 2200
PHOENIX AZ 85004-4406

STILLWATER NATIONAL BANK-HCL
P.O. BOX 1988
STILLWATER OK 74076

STOCKELL
15400 SOUTH OUTER FORTY
SUITE 105
CHESTERFIELD MO 63017

STONEHEARTH OPEN LEARNING OPPORTUNITIES
P.O. BOX 3150
CONWAY NH 03818

STRYKER INSTRUMENTS
P.O. BOX 93308
CHICAGO IL 60673

SUN LIFE FINANCIAL
POLICY #94276
P.O. BOX 2274
CAROL STREAM IL 60132-2774

SWISSRAY INTERNATIONAL, INC.
POST OFFICE BOX 29051
NEW YORK NY 10087-9051

Gilbert Hospital, LLC -

SYNTHES
P.O. BOX 8538-662
PHILADELPHIA PA 19171-0662

SYSMEX AMERICA, INC.
39923 TREASURY CENTER
CHICAGO IL 60694-9900

TAYLOR CORP.
P.O. BOX 451179
SUNRISE FL 33345-1179

TENEX HEALTH, INC.
26902 VISTA TERRACE
LAKE FOREST CA 92630

THE GREAT ORGANIZATION, INC.
16025 NORTH 76TH STREET
SCOTTSDALE AZ 85260

THE NELSON LAW GROUP
ONE EAST WASHINGTON
SUITE 500
PHOENIX AZ 85004

THE SSI GROUP, INC.
P.O. BOX 890987
CHARLOTTE NC 28289-0987

THERAPRO PHYSICAL THERAPY
3800 W. RAY RD.
SUITE 12
CHANDLER AZ 85226

THYSSENKRUPP ELEVATOR
P.O. BOX 933004
ATLANTA GA 31193-3004

TLO LLC
P.O. BOX 209047
DALLAS TX 75320-9047

Gilbert Hospital, LLC -


TOP HAT, INC.
2444 E. SOUTHERN AVE.
SUITE 110
MESA AZ 85204


TRANS-WEST NETWORK SOLUTIONS
5202 SOUTH 39TH STREET
SUITE A
PHOENIX AZ 85040


TRIBRIDGE HOLDINGS, LLC
P.O. BOX 538158
ATLANTA GA 30353-8158


TYCO HEALTHCARE GROUP LP
DEPARTMENT 00 10318
PALATINE IL 60055-0318


UDALL, SHUMWAY, P.L.C.
P.O. BOX 1446
MESA AZ 85211-1446


ULTRALINQ HEALTHCARE SOLUTIONS
236 W. 30TH ST.
6TH FLOOR
NEW YORK NY 10001


UNIVERSAL HOSPITAL SERVICES
SDS 12-0940
P.O. BOX 86
MINNEAPOLIS MN 55486-0940


UROPLASTY, INC.
VB BOX 116
P.O. BOX 9202
MINNEAPOLIS MN 55480-9202


VALUE MANAGEMENT GROUP, LLC
P.O. BOX 674046
DALLAS TX 75267-4046


VERIZON WIRELESS
BANKRUPTCY DEPARTMENT
P.O. BOX 660108
DALLAS TX 75266-0108

Gilbert Hospital, LLC -


VIC THE PICC SOUTHWEST, LLC
777 SOUTH HAM LANE
SUITE D
LODI CA 95242-3592


VIDACARE CORPORATION
DEPT. 2474
P.O. BOX 122474
DALLAS TX 75312-2474


W. W. GRAINGER, INC.
DEPT. 877787440
P.O. BOX 419267
KANSAS CITY MO 64141-6267


WEISMAN HOLDINGS LLC
4980 W. RAY RD.
SUITE 12
CHANDLER AZ 85226


WESCOR, INC.
370 W. 1700 SOUTH
LOGAN UT 84321-8212


WESTERN EXTERMINATOR COMPANY
6100 W. GILA SPRINGS PL.
STE 9
CHANDLER AZ 85226-3539


WORKSPACES, LLC
7720 N. 16TH ST.
SUITE 375
PHOENIX AZ 85020