**Joseph Wm. Kruchek – 010332**
**KUTAK ROCK LLP**
8601 North Scottsdale Road, Suite 300
Scottsdale, Arizona 85253-2742
Telephone: (480) 429-5000
Facsimile: (480) 429-5001
joe.kruchek@kutakrock.com

*Attorney for Creditor General Electric Capital Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| In re: | Case No. 2:14−bk−01451−RJH |
|---|---|
| GILBERT HOSPITAL, LLC, | Chapter 11 |
| Debtor. | **APPLICATION FOR LIMITED ADMISSION – LISA M. PETERS, ESQ.** |

Applicant, Lisa M. Peters, hereby applies for leave to appear and participate in this action.

I am a member in good standing of the Bar of the United States District Court for the District of Nebraska; I have been retained by General Electric Capital Corporation to appear in this court in this action; I am not a member of the bar of the United States District Court, District of Arizona.

I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

I further declare under penalty of perjury that I have filed the following Application(s) for Limited Admission or Pro Hac Vice Application(s) with this court.

| **CASE NAME** | **CASE NUMBER** | **DATE APPLICATION FILED** | **GRANTED DENIED** |
|---|---|---|---|
| Two Brothers XI, Inc. | 10-23048 | Oct. 23, 2012 | Granted |
| Phoenician Medical Center, Inc. | 12-8771 | Oct. 30, 2012 | Granted |

4815-8011-6504.1

| | |
|---|---|
| 1 | I hereby designate Joseph Wm. Kruchek, a member of the bar of this court who |
| 2 | maintains an office in this district and who has consented to this designation, as co- |
| 3 | counsel with whom the court and opposing counsel may readily communicate regarding |
| 4 | the conduct of the case. |

DATED: February 7, 2014

*/s/ Peters*
Signature of Attorney

Lisa M. Peters
Name of Attorney

1650 Farnam Street
Address

Omaha, NE 68102
City, State    Zip

**CONSENT TO DESIGNATION**

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

Dated: February 7, 2014

/s/ *Joseph Wm. Kruchek*
Signature of Attorney

Joseph Wm. Kruchek
Name of Attorney

8601 North Scottsdale Road
Address

Scottsdale, AZ  85253
City, State    Zip