B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re    Gilbert Hospital, LLC      Case No.   2:14-bk-01451
Debtor(s)      Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Accredo Health Group<br>Wholesale Department<br>13408 Collections Center Drive<br>Chicago, IL 60693 | Accredo Health Group<br>Wholesale Department<br>13408 Collections Center Drive<br>Chicago, IL 60693 | vendor | | 75,600.00 |
| AHCCCS<br>701 E. Jefferson, MD 5400<br>Phoenix, AZ 85034 | AHCCCS<br>701 E. Jefferson, MD 5400<br>Phoenix, AZ 85034 | Assessment | | 119,739.00 |
| AlphaHealth, LLC<br>c/o Mark Tribbett<br>343 Ridgewood Avenue<br>Charlotte, NC 28209 | AlphaHealth, LLC<br>c/o Mark Tribbett<br>343 Ridgewood Avenue<br>Charlotte, NC 28209 | services | | 102,897.95 |
| Anderson & Associates, Inc.<br>112 S. Tryon Street<br>Suite 800<br>Charlotte, NC 28284 | Anderson & Associates, Inc.<br>112 S. Tryon Street<br>Suite 800<br>Charlotte, NC 28284 | vendor | | 77,887.50 |
| Bayard Advertising Agency, Inc.<br>902 Broadway<br>10th Floor<br>New york, NY 10010 | Bayard Advertising Agency, Inc.<br>902 Broadway<br>10th Floor<br>New york, NY 10010 | services | | 56,729.76 |
| Diskriter, Inc.<br>3257 W. Liberty Ave.<br>Pittsburgh, PA 15216 | Diskriter, Inc.<br>3257 W. Liberty Ave.<br>Pittsburgh, PA 15216 | vendor | | 43,280.76 |
| Executive Health Resources, Inc.<br>P.O. Box 822688<br>Philadelphia, PA 19182-2688 | Executive Health Resources, Inc.<br>P.O. Box 822688<br>Philadelphia, PA 19182-2688 | vendor | | 65,325.00 |
| G E Healthcare<br>P.O. Box 640200<br>Pittsburgh, PA 15264-0200 | G E Healthcare<br>P.O. Box 640200<br>Pittsburgh, PA 15264-0200 | vendor | | 54,494.48 |
| GE Healthcare<br>3000 N. Grandview Blvd.<br>Waukesha, WI 53188-1615 | GE Healthcare<br>3000 N. Grandview Blvd.<br>Waukesha, WI 53188-1615 | vendor | | 91,876.38 |

In re  Gilbert Hospital, LLC                                          Case No.   2:14-bk-01451
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GE Healthcare Financial Services<br>P.O. Box 641419<br>Pittsburgh, PA 15264-1419 | GE Healthcare Financial Services<br>P.O. Box 641419<br>Pittsburgh, PA 15264-1419 | vendor | | 287,614.13 |
| Healthcare Management Systems, Inc.<br>2739 Momentum Place<br>Chicago, IL 60689-5327 | Healthcare Management Systems, Inc.<br>2739 Momentum Place<br>Chicago, IL 60689-5327 | vendor | | 237,500.62 |
| Jackson White P.C.<br>40 N. Center St.<br>Suite 200<br>Mesa, Az 85201 | Jackson White P.C.<br>40 N. Center St.<br>Suite 200<br>Mesa, Az 85201 | services | | 60,516.90 |
| Johnson & Johnson Health Care Systems<br>5972 Collections Center Drive<br>Chicago, IL 60693 | Johnson & Johnson Health Care Systems<br>5972 Collections Center Drive<br>Chicago, IL 60693 | vendor | | 77,299.63 |
| Microsoft Licensing, GP<br>C/O Bank of America # 842467<br>1950 N. Stemmons Fwy 5010<br>Dallas, TX 75207 | Microsoft Licensing, GP<br>C/O Bank of America # 842467<br>1950 N. Stemmons Fwy 5010<br>Dallas, TX 75207 | vendor | | 59,501.16 |
| Morrison Management Specialists<br>P.O. Box 102289<br>Atlanta, GA 30368-2289 | Morrison Management Specialists<br>P.O. Box 102289<br>Atlanta, GA 30368-2289 | vendor | | 156,608.07 |
| MPT Operating Partnership, L.P.<br>1000 Urban Center Drive<br>Suite 501<br>Birmingham, AL 35242 | MPT Operating Partnership, L.P.<br>1000 Urban Center Drive<br>Suite 501<br>Birmingham, AL 35242 | lease | | 146,526.17 |
| San Tan Village Regional Mall<br>P.O. Box 52634<br>Phoenix, AZ 85072-2634 | San Tan Village Regional Mall<br>P.O. Box 52634<br>Phoenix, AZ 85072-2634 | vendor | | 67,666.66 |
| Schmidt Westergard & Company<br>77 W. University Drive<br>Mesa, AZ 85201 | Schmidt Westergard & Company<br>77 W. University Drive<br>Mesa, AZ 85201 | vendor | | 61,500.00 |
| Sonora Quest Laboratories<br>1255 W. Washington Street<br>Tempe, AZ 85281 | Sonora Quest Laboratories<br>1255 W. Washington Street<br>Tempe, AZ 85281 | vendor | | 47,582.85 |
| Sun Life Financial<br>Policy #94276<br>P.O. Box 2274<br>Carol Stream, IL 60132-2774 | Sun Life Financial<br>Policy #94276<br>P.O. Box 2274<br>Carol Stream, IL 60132-2774 | vendor | | 61,044.58 |

B4 (Official Form 4) (12/07) - Cont.

In re   Gilbert Hospital, LLC                                        Case No.   2:14-bk-01451
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 18, 2014**          Signature  /s/ Bryan Hargis
                                            **Bryan Hargis**
                                            **Chief Executive Officer** since January 22, 2014

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy